# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BRUCE G. POLLARD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. CIV-09-047-FHS-KEW |
| | ) | |
| MIKE MULLINS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

On August 5, 2010, a United States Magistrate Judge for this District filed Findings and Recommendations in this case recommending the court dismiss this action. No objections were filed.

Upon full consideration of the entire record and the issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate be affirmed and adopted by this Court as this Court's Findings and Order.

**IT IS SO ORDERED** this 16TH day of September, 2010.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma